UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| T.K. PARTHASARTHY, EDMUND WOODBURY, STUART ALLEN SMITH and SHARON SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>T. ROWE PRICE INTERNATIONAL FUNDS, INC., et al.,<br><br>Defendants. | Case No.: 3:06-CV-00943 DRH-PMF |

## ORDER

The T. Rowe Price and AIM Defendants' Consent Motion for Extension of Time is hereby **GRANTED.** Accordingly, the T. Rowe Price and AIM Defendants are granted an additional seven (7) calendar days, up to and including December 29, 2006, in which to file any answer, motion or other required response to the Complaint in this matter.

SO ORDERED

/s/       David   RHerndon
United States District Judge

Date: December 28, 2006