IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| T. K. PARTHASARATHY, EDMUND WOODBURY, STUART ALLEN SMITH, and SHARON SMITH, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>T. ROWE PRICE INTERNATIONAL FUNDS, INC., a corporation, T. ROWE PRICE INTERNATIONAL, INC., ARTISAN FUNDS, INC., a corporation, ARTISAN PARTNERS LIMITED PARTNERSHIP, AIM INTERNATIONAL FUNDS, INC., A CORPORATION, and AIM ADVISORS, INC.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 06-cv-00943-DRH-PMF<br>) [Consolidated with<br>)   No. 06-cv-01008-DRH]<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' RESPONSE
TO DEFENDANTS' MOTION FOR ORAL ARGUMENT**

In response to Defendants' motion for oral argument on Plaintiffs' pending motions to remand and Defendants' pending motion dismiss, Plaintiffs state that the motions to remand and motion to dismiss raise only issues of law, not fact, that have been extensively briefed by the parties.  In light of the remand order issued in *Dudley v. Putnam Investment Funds, et al*. (No. 3:06-cv-00940), which this Court should follow, Plaintiffs do not share the view that oral argument would likely be helpful to the Court.

Dated: February 26, 2007                                   Respectfully submitted,

                                                           By:     s/ Klint L. Bruno
                                                           KOREIN TILLERY LLC
                                                           KLINT L. BRUNO
                                                           209 S. LaSalle St., Suite 701
                                                           Chicago, Illinois 60604
                                                           Telephone: (312) 759-7510

1

ROBERT L. KING
701 Market Street, Suite 350
St. Louis, Missouri 63101
Telephone: (314) 863-6902
Fax: (314) 863-7902

KOREIN TILLERY LLC
STEPHEN M. TILLERY
10 Executive Woods Court
Swansea, Illinois 62226
Telephone: (618) 277-1180
Fax: (314) 241-3525

KOREIN TILLERY LLC
GEORGE A. ZELCS
205 North Michigan Plaza
Suite 1950
Chicago, Illinois 60601
Telephone: (312) 641-9750
Direct: (312) 641-9760
Fax: (312) 641-9751

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that service of the foregoing document was made by means of the Notice of Electronic Filing on February 26, 2007 to the following counsel of record:

| | |
|---|---|
| Richard K. Hunsaker<br>HEYL, ROYSTER. VOELKER & ALLEN<br>103 West Vandalia Street<br>P. O. Box 467<br>Edwardsville, IL 62025<br>Telephone: 618-656-4646<br>Email: rhunsaker@hrva.com | Gary A. Meadows<br>HEPLER, BROOM, MacDONALD,<br>HEBRANK, TRUE & NOCE, LLC<br>103 West Vandalia Street, Suite 300<br>P.O. Box 510<br>Edwardsville, IL 62025-0510<br>Telephone: 618-656-0184<br>Email: gam@heplerbroom.com |
| Martin I. Kaminsky<br>Edward T. McDermott<br>Daniel A. Pollack<br>Anthony Zaccaria<br>POLLACK & KAMINSKY<br>114 West 47th Street, Suite 1900<br>New York, NY 10036-8295<br>Telephone: 212-575-4700<br>mikaminsky@pollacklawfirm.com<br>azaccaria@pollacklawfirm.com<br>dapollack@pollacklawfirm.com<br>etmcdermott@pollacklawfirm.com | Lisa M. Wood<br>ARMSTRONG TEASDALE<br>One Metropolitan Square<br>211 North Broadway, Suite 2600<br>St. Louis, MO 63102-2740<br>Telephone: 314-621-5070<br>Email: lwood@armstrongteasdale.com |

                                        s/ Klint L. Bruno
                                        KLINT L. BRUNO
                                        209 S. LaSalle St., Suite 701
                                        Chicago, Illinois 60604
                                        Telephone: (312) 759-7510